IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| JENNIFER DIXON | CIVIL ACTION |
|---|---|
| v. | NO. 18-4641 |
| ABILITY RECOVERY SERVICES, LLC | |

**ORDER RE DISCOVERY IN AID OF JUDGMENT EXECUTION**

**AND NOW**, this 2nd day of August, 2021, after careful consideration of Plaintiff Jennifer Dixon's Motion for Discovery in Aid of Judgment Execution (ECF 16), it is hereby **ORDERED** that Michael Confitti, President of Defendant Ability Recovery Services, or such other officer or director of Defendant with knowledge nominated by Defendant, answer the Information Subpoena and written questions attached to Plaintiff's Motion as Exhibit A, and produce the requested documents. Plaintiff may notice a deposition within fourteen (14) days of receipt of Defendant's written answer. A copy of this Order shall be served upon Defendant by regular and certified mail within five (5) days of the entry hereof

BY THE COURT:

/s/ MICHAEL M. BAYLSON
MICHAEL M. BAYLSON, U.S.D.J.

O:\CIVIL 18\18-4641 Dixon v Ability Recovery\18cv4641 Order Re Discovery Motion.docx